# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-cr-00038-DKW-1 |
| CASE NAME: | United States of America v. (1) Jennie Javonillo |
| ATTYS FOR PLA: | Craig Nolan |
| ATTYS FOR DEFT: | Lars Isaacson |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 03/31/2021 | TIME: | 9:40 - 9:55 a.m. |

COURT ACTION:  EP: TELEPHONIC INITIAL APPEARANCE and ARRAIGNMENT AND PLEA TO THE INDICTMENT as to DEFENDANT (1) JENNIE JAVONILLO held.

Waiver of Physical Presence and Consent to Proceed by Telephone:

Defendant in custody and present via telephone from the Federal Detention Center, Honolulu.  Defendant waives right to be physically present and consents to appear via telephone.  Court conducts colloquy with Defendant to confirm waiver and consent.

Arraignment and Plea to the Indictment:

Mr. Isaacson represents Indictment received and reviewed with Defendant.  Defendant understands the general nature of the charges, waives public reading and enters a Plea of Not Guilty to Counts 1 - 3 of the Indictment.  Court confirms same with defendant.  NOT GUILTY pleas entered.  Trial date and deadlines given.

| | |
|---|---|
| Jury Selection/Trial: | June 1, 2021 at 9:00 a.m. before District Judge Derrick K. Watson |
| Final Pretrial Conference: | May 3, 2021 at 9:30 a.m. before Magistrate Judge Kenneth J. Mansfield |
| Motions due: | April 19, 2021 |
| Response due: | May 3, 2021 |

**Rule 16.1 Discovery Conference deadline: April 14, 2021.**

<u>Due Process Protection Act Advisory</u>:

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny.  Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges.  This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(f).

<u>Detention Hearing</u>:

Government confirms no motion to detain was filed and agrees with recommendation of Pretrial Services.  Defendant concurs.

Court adopts the recommendation of Pretrial Services and orders defendant released on an unsecured bond in the amount of **$50,000.00** with the following conditions:

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes.  If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court. Surrender no later than: **April 14, 2021**.

- (7h3) Travel is restricted to: **the island of Oahu**.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

- (8o) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial

release conditions.  You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

- (9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

- (9c) You are required to participate in a post release interview with Pretrial Services in order to further assess your ability to appear as required and to determine if you pose a risk of danger to any other person or the community. Should individualized risk factors be identified, a Bail Review Hearing will be scheduled to set additional conditions of pretrial release.

- Other Conditions: **The defendant is ordered released from custody forthwith. Upon receipt of the Abstract of Release, the Federal Detention Center – Honolulu is authorized to immediately release the defendant from custody.**

In addition to the Special Conditions of Release as specified above, Defendant is subject to the following conditions:

- Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

- Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 1435a.

The Court reviewed the above release conditions with Defendant.  Defendant advised of possible adverse action for failure to comply with any condition, to include issuance of a warrant for Defendant's arrest, revocation of release status and detention pending trial. Defendant acknowledged understanding the foregoing release conditions, her obligation to comply and the consequences of violating any conditions of release.

These minutes will serve as the conditions of bond.

Court to prepare Abstract of Release.

Defendant to be released forthwith on conditions of pretrial release as provided above.

*Submitted by: Lian Abernathy, Courtroom Manager*