# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 21-00038 DKW |
| CASE NAME: | USA vs. (1) Jennie Javonillo |
| ATTYS FOR PLA: | Craig S. Nolan |
| ATTYS FOR DEFT: | Lars R. Isaacson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | |
| DATE: | 4/13/2021 | TIME: | |

COURT ACTION: EO: Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 3/14/2022 at 8:30 AM before Judge Derrick K. Watson.
Final Pretrial Conference is continued to 2/14/2022 at 1:30 PM before Magistrate Judge Wes Reber Porter.
Defendant's Motion: 1/31/2022.
Government's Response: 2/14/2022.

Time **to be** excluded from 6/1/2021 thru 3/14/2022 from the requirements of the Speedy Trial Act.

Craig S. Nolan to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager